

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM T_323-464-7400  F_323-464-7410

bblakely@blakelylawgroup.com

February 24, 2020

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 2/25/2020

The initial pretrial conference is hereby adjourned to March 6, 2020 at 11:30 a.m.

<u>**VIA ECF**</u>
Honorable Vernon S. Broderick
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

  Re: *Deckers Outdoor Corporation v. Luffy Momo, Inc., et al.;*
     Civil Case No. 1:19-cv-10943-VSB

To the Court and All Parties,

  Plaintiff Deckers Outdoor Corporation submits this letter to respectfully request that the Court move the Initial Pretrial Conference in the above-referenced action from the currently scheduled date on Friday, February 28, 2020 at 10:00 a.m. to **Friday, March 6, 2020 at 10:00 a.m**.

  Plaintiff makes this request because lead counsel for Plaintiff, Brent H. Blakely, Esq. is already scheduled to travel from Los Angeles to New York on March 4, 2020 in order to attend another Initial Pretrial Conference in the matter of *Deckers v. PW Shoes, Inc.* (1:19-cv-10951) before Judge Engelmayer on March 6, 2020 at 3:30 p.m.

  Counsel for Defendant Luffy Momo, Inc. does not object to Plaintiff's request.

        Respectfully Submitted,

        [signature]
        _____
        Brent H. Blakely
        **BLAKELY LAW GROUP**
        1334 Parkview Avenue, Suite 280
        Manhattan Beach, CA 90266
        Telephone: (310) 546-7400
        ***Attorneys for Plaintiff***
        ***Deckers Outdoor Corporation***