USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :
DECKERS OUTDOOR CORPORATION,   :
                                         :
                      Plaintiff,   :    **ORDER**
                                         :
         -v-                :    19-CV-10943 (VSB) (JLC)
                                         :
LUFFY MOMO, INC., DOES 1–10,     :
                                         :
                    Defendants.   :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     By Order of Reference dated March 6, 2020 (Dkt. No. 20), Judge Broderick referred this case to me for settlement. The parties are directed to advise the Court within 30 days of the date of this Order when they wish to schedule a settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to call chambers at (212) 805-0250 with both sides on the line and coordinate with my deputy clerk, David Tam, to find a mutually convenient date for the parties and the Court.

     **SO ORDERED.**

Dated: March 9, 2020
       New York, New York

                                                  _____
                                                  JAMES L. COTT
                                                  United States Magistrate Judge